AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, John Z. | U.S. District Court, N.D.Ill. | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 1262
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judical Conference, Advisory Committee on Evidence Rules | 10/24/19 - 10/25/19 | Nashville, TN | Attend meeting | Transportation, lodging, and food |
| 2. | Judicial Conference, Committee on Court Administration and Case Management | 12/03/19 - 12/05/19 | Washington, D.C. | Attend meeting | Transportation, lodging, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   LPL Financial IRA #1 (H) | | | | | | | | | |
| 2.    - Am. Beacon Bridgeway Large Cap Fund | | None | | | Buy | 01/31/19 | K | | |
| 3. | | | | | Sold | 09/23/19 | M | E | |
| 4.    - Am. Beacon High Yield Fund | C | Dividend | L | T | | | | | |
| 5.    - Am. Beacon Sm Cap Value Fund | A | Dividend | K | T | | | | | |
| 6.    - Am. Century Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 7.    - Am. Century Equity Income Fund | D | Dividend | M | T | Buy | 09/23/19 | M | | |
| 8.    - Artisan Mid Cap Fund | D | Dividend | L | T | Sold<br>(part) | 01/31/19 | J | A | |
| 9.    - Artisan International Value Fund | | None | | | Buy | 05/23/19 | K | | |
| 10. | | | | | Sold | 09/23/19 | K | A | |
| 11.    - Calamos Mkt Neutral Income Fund | B | Dividend | L | T | | | | | |
| 12.    - Clearbridge Aggressive Growth Fund | | None | | | Sold | 08/31/19 | L | A | |
| 13.    - Clearbridge Large Cap Growth Fund | C | Dividend | M | T | Buy<br>(add'l) | 09/23/19 | K | | |
| 14.    - iShares Core S&P 500 ETF | C | Dividend | M | T | Buy | 07/23/19 | M | | |
| 15.    - JP Morgan Prime Money Mkt Acct | A | Interest | J | T | | | | | |
| 16.    - Janus Venture Fund | B | Dividend | K | T | | | | | |
| 17.    - Oakmark Mutual Fund | D | Dividend | | | Buy<br>(add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 07/23/19 | M | B | |
| 19.  - Oakmark International Fund | | None | | | Sold<br>(part) | 01/31/19 | K | A | |
| 20. | | | | | Sold<br>(part) | 02/26/19 | J | A | |
| 21. | | | | | Sold | 05/23/19 | L | A | |
| 22.  - Oppenheimer Dev. Mkts Fund | A | Dividend | K | T | Sold<br>(part) | 09/23/19 | J | B | |
| 23.  - Prudential Total Return Bond Fund | D | Dividend | L | T | Buy | 09/23/19 | K | | |
| 24.  - Vanguard Growth ETF | B | Dividend | L | T | Sold<br>(part) | 09/23/19 | L | E | |
| 25. LPL Financial IRA #2 (H) | | | | | | | | | |
| 26.  - Vanguard Intermed. Term Invest. Grade<br>Bond Fund | A | Dividend | J | T | | | | | |
| 27.  - Vanguard High Yield Corporate Bond<br>Mut. Fund | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 28.  - Vanguard International Value Mut. Fund | A | Dividend | J | T | Sold<br>(part) | 02/06/19 | J | A | |
| 29. | | | | | Sold<br>(part) | 05/06/19 | J | A | |
| 30. | | | | | Sold<br>(part) | 08/06/19 | J | A | |
| 31. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 32. | | | | | Sold<br>(part) | 11/06/19 | J | A | |
| 33.  - Vanguard STAR Mut Fund | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 34.  - Vanguard Total Stock Market Mut. Fund | A | Dividend | J | T | Sold<br>(part) | 09/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Goldman Sachs Bank USA Cash Acct | A | Dividend | J | T | | | | | |
| 36.   Trust # 1 (H) | | | | | | | | | |
| 37.   - T. Rowe Price Ret. 2035 Mut. Fund | E | Dividend | O | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 38. | | | | | Buy<br>(add'l) | 05/31/19 | K | | |
| 39.   LPL Financial IRA #3 (H) | | | | | | | | | |
| 40.   - Am. Beacon Bridgeway Large Cap Fund | | None | | | Buy | 01/31/19 | J | | |
| 41. | | | | | Sold | 09/19/19 | L | C | |
| 42.   - Am. Beacon Sm Cap Value Fund | A | Dividend | J | T | | | | | |
| 43.   - Am. Century Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 44.   - Am. Century Equity Income Mut Fund | C | Dividend | L | T | Buy | 09/19/19 | L | | |
| 45.   - Calamos Mkt Neautral Income Fund | A | Dividend | K | T | | | | | |
| 46.   - Clearbridge International Growth Fund | A | Dividend | K | T | Sold<br>(part) | 01/31/19 | J | A | |
| 47. | | | | | Sold<br>(part) | 02/26/19 | J | A | |
| 48. | | | | | Sold<br>(part) | 09/19/19 | J | A | |
| 49.   - Clearbridge Large Cap Growth | B | Dividend | K | T | | | | | |
| 50.   - Clearbridge Small Cap Fund | B | Dividend | K | T | Sold<br>(part) | 09/19/19 | J | A | |
| 51.   - iShares Core S&P 500 ETF | B | Dividend | L | T | Buy<br>(add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    - Janus Enterprise Fund | B | Dividend | K | T | Sold<br>(part) | 09/19/19 | J | B | |
| 53.    - Oppenheimer Developing Mkt Fund | A | Dividend | K | T | Sold<br>(part) | 02/26/19 | J | A | |
| 54. | | | | | Sold<br>(part) | 09/19/19 | J | B | |
| 55.    - PGIM Total Return Bond Fund | B | Dividend | K | T | Buy<br>(add'l) | 09/19/19 | J | | |
| 56.    - PGIM Short Duration High Yield Fund | B | Dividend | K | T | Buy<br>(add'l) | 09/19/19 | J | | |
| 57.    - Vanguard Growth Fund | A | Dividend | K | T | Sold<br>(part) | 09/19/19 | J | B | |
| 58.    - Morgan Stanley Private Bank Money<br>Market Fund | A | Dividend | J | T | | | | | |
| 59.    Am. Century Equity Income Mut. Fund | A | Dividend | | | Sold | 02/26/19 | J | A | |
| 60.    DWS Managed Municipal Bond Mutual<br>Fund | A | Dividend | K | T | Buy | 06/25/19 | K | | |
| 61.    DWS Intermediate Tax-Free Mut. Fund | A | Dividend | K | T | | | | | |
| 62.    Janus Enterprise Mut. Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/25/19 | J | | |
| 63.    Janus Venture Mut. Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/25/19 | J | | |
| 64.    Oakmark Fund Mutual Fund | B | Dividend | K | T | | | | | |
| 65.    Goldman Sachs Bank USA Cash Acct | A | Interest | J | T | | | | | |
| 66.    Loomis Sayles Growth Mut. Fund | A | Dividend | K | T | | | | | |
| 67.    Oppenheimer Dev. Markets Mut. Fund | A | Dividend | J | T | Sold<br>(part) | 02/26/19 | J | A | |
| 68. | | | | | Buy | 06/25/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard FTSE Dev. Mkts Fund | A | Dividend | J | T | | | | | |
| 70. Vanguard Growth ETF | A | Dividend | K | T | Buy | 07/01/19 | J | | |
| 71. WisdomTree US Mid Cap Dividend Fund | A | Dividend | J | T | Buy (add'l) | 06/27/19 | J | | |
| 72. iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 07/01/19 | K | | |
| 73. iShares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 02/26/19 | J | | |
| 74. | | | | | Buy (add'l) | 06/27/19 | K | | |
| 75. Bright Directions College Savings 15-16 Portfolio | | None | | | Buy (add'l) | 01/22/19 | J | | |
| 76. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 77. | | | | | Sold | 03/18/19 | M | | |
| 78. Bright Directions College Savings 17-18 Portfolio | | None | M | T | Buy | 03/18/19 | M | | |
| 79. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 80. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 81. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 82. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 83. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 84. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 85. | | | | | Buy (add'l) | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/21/19 | J | | |
| 87. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 88. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 89. | | | | | | | | | |
| 90. Bright Directions College Savings Baird Short-Term Bond Fund | | None | K | T | Buy (add'l) | 05/16/19 | L | | |
| 91. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 92. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 93. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 94. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 95. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 96. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 97. | | | | | Buy (add'l) | 11/17/19 | J | | |
| 98. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 99. Bright Directions 529 College Savings MFS Value Fund | | None | | | Buy (add'l) | 01/17/19 | J | | |
| 100. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 101. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 102. | | | | | Buy (add'l) | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/16/19 | J | | |
| 104.  Bright Directions College Savings Northern Bond Fund | None | | | | Buy (add'l) | 05/16/19 | K | | |
| 105. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 106. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 107. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 108. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 109. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 110. | | | | | Sold | 09/17/19 | J | | |
| 111.  Bright Directions College Bright Direc. Sav. Oppen. Int'l Growth Fund | None | | | | Sold | 05/16/19 | J | | |
| 112.  Bright Directions College Savings T Rowe Price Large Cap Growth Fund | None | | | | Sold | 05/16/19 | J | | |
| 113.  Bright Directions College Savings T Rowe Price Real Estate Fund | None | | | | Sold | 05/16/19 | J | | |
| 114.  Bright Directions College Savings T Rowe Price Balanced Portfolio | None | | L | T | Buy (add'l) | 01/17/19 | J | | |
| 115. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 116. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 117. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 118. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 119. | | | | | Buy (add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 121. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 122. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 123. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 124. | | | | | Buy (add'l) | 11/17/19 | J | | |
| 125. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 126. Bright Directions 529 College Savings Fidelity US Bond Index | | None | K | T | Buy | 09/26/19 | K | | |
| 127. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 128. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 129. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 130. Apple (AAPL) | A | Dividend | | | Sold | 06/21/19 | M | F | |
| 131. Amazon (AMZN) | | None | K | T | Buy | 07/25/19 | K | | |
| 132. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 133. Revolution Lighting (RVLT) | | None | J | T | | | | | |
| 134. Schwab One Interest Account | A | Interest | J | T | | | | | |
| 135. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lee, John Z.** | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 06/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John Z. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544